EOD 10-28-94

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT 27 1994

DAVID J. MALAND, CLERK
BY DEPUTY

| | |
|---|---|
| HECTOR IVAN LOPEZ, and § <br> THOSE SIMILARLY-SITUATED § <br> § <br> VS. § <br> § <br> RICHARD W. SNYDER, II, M.D. § <br> and TEXAS REGIONAL HEART CENTER, § <br> P.A. § | CIVIL ACTION NO.: <br> 4:94 CV 212 |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT RICHARD W. SNYDER, II, M.D.

NOW on this 27th day of October, 1994, came on the Plaintiff Hector Lopez by and through his attorney and announced to the Court that he wishes to dismiss with prejudice any claims he may have against the Defendant Richard W. Snyder, II, M.D., the Court is of the opinion that such be granted, it is therefore

ORDERED that all claims of Plaintiff Hector Lopez against Defendant Richard W. Snyder, II, M.D. be and are dismissed with prejudice, costs assessed against Plaintiff.

IT IS SO ORDERED.

DATED: October 27, 1994.

_____
UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED:

_____
Shirley Snyder, Attorney for
   Plaintiff

_____
John A. Koepke, Attorney for
   Defendant, Richard W. Snyder, II, M.D.

AGREED ORDER OF DISMISSAL WITH PREJUDICE OF
DEFENDANT RICHARD W. SNYDER, II, M.D.
- Page 1
c:\files\30780001\dismiss.ord

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

By: _____

CIV. ORDER BOOK
V 73 P 85