EOD 2-13-95

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FEB 10 1995

DAVID J. MALAND, CLERK
BY DEPUTY Joya McEwen

| | |
|---|---|
| HECTOR IVAN LOPEZ, and Those Similarly-Situated, § § § PLAINTIFF § VS. § RICHARD W. SNYDER, II, M.D. and TEXAS REGIONAL HEART CENTER, P.A., § § § § § DEFENDANT. § | CIVIL ACTION NO. 4-94CV-212-A |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

NOW on this 10th day of February, 1995, came on the Joint Motion of the parties to dismiss the above-captioned matter with prejudice, and the Court being duly advised of the premises and believing that the motion is well taken, it is hereby

ORDERED that the above-captioned matter be and is hereby DISMISSED with prejudice, costs assessed against Defendant.

IT IS SO ORDERED.

DATED: February 10, 1995.

_____
UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED:

_____
Shirley Ann Snyder,
Attorney for Plaintiff

_____
John A. Koepke,
Attorney for Defendant

Civ. Order Book
Vol 74 Page 48

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
By: Joya McEwen

12